# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID MUELLER                      PLAINTIFF

v.                      4:18CV00708-JM-JJV

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration,                    DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

DATED this 2nd day of April, 2019.

                                           _____
                                           JAMES M. MOODY, JR.
                                           UNITED STATES DISTRICT JUDGE